IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KIM SUSHINSKI TERRELL,
NEXT FRIEND OF
JIMMY FAY WILTSHIRE SUSHINSKI                                    PLAINTIFF

VS                                        CIVIL ACTION NO.: 5:15cv50DCB-MTP

VINCENT A. DADDIO, LORI S. MILLS (DADDIO),
AND GARRISON PROPERTY AND CASUALTY
INSURANCE COMPANY                                                DEFENDANTS

**ORDER**

THIS MATTER is before the Court on the Unopposed Motion for Extension of Dispositive and Daubert Motion Deadline [35] filed by the Defendant Garrison Property and Casualty Insurance Company. In the motion, the Defendant requests a five day extension of the Dispositive and Daubert Motion Deadline, and represents that the motion is unopposed and that the Defendant has good cause for the requested relief.

The Court having considered the motion orders as follows:

1. The Motion for Extension of Dispositive and Daubert Motion Deadline [35] is hereby GRANTED as unopposed;

2. The Defendant demonstrated that good cause exists;

3. The Dispositive and Daubert Motion Deadline is hereby extended to May 20, 2016; and

4. All other provisions of the Case Management Order remain in place.

SO ORDERED this the 9th day of May, 2016.

                                                s/David Bramlette
                                                United States Senior District Judge